IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

GALE M. TAYLOR                                                                                    PLAINTIFF

v.                                                         CIVIL ACTION NO. 3:05CV386-DPJ-JCS

SUPER D DRUGS ACQUISITION CO.                                              DEFENDANT

## FINAL JUDGMENT

THIS MATTER came on for a jury trial before the Court and a duly sworn jury on September 18, 2006. After receiving all the evidence, hearing arguments of counsel and receiving the instructions of the Court, the jury, on September 19, 2006, returned a unanimous verdict in favor of defendant.

THEREFORE, IT IS HEREBY ORDERED AND ADJUDGED that plaintiff recover nothing from defendant.

IT IS FURTHER ORDERED AND ADJUDGED that plaintiff's claims are dismissed with prejudice, with costs taxed to plaintiff.

**SO ORDERED AND ADJUDGED** this the 22th day of September, 2006.

                                      s/ *Daniel P. Jordan III*
                                      UNITED STATES DISTRICT JUDGE